

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/17/2016

| | | |
|---|---|---|
| IN RE: | § | |
| **KENNETH DUANE EASTMAN II,** *et al* | § | **CASE NO: 16-30752** |
| Debtor(s) | § | |
| | § | **CHAPTER 13** |
| | § | |
| **KENNETH DUANE EASTMAN II,** *et al* | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 16-03071** |
| | § | |
| **KEVIN L PAWLOWSKI,** *et al* | § | |
| Defendant(s) | § | |

## ORDER

On September 19, 2016, in Civil Action 16-2558, the District Court ordered that the reference would be withdrawn when all pretrial matters were concluded in this adversary proceeding.

At a hearing on October 17, 2016, the parties confirmed to this Court that all pretrial matters have concluded.

Accordingly, the Court's Case Manager should transmit a copy of this Order to the Honorable Alfred H. Bennett in implementation of his September 19, 2016 order.

SIGNED **October 17, 2016.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE